BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUE XIONG** | Case No. CIV-08-2110 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 5, 2009, to June 23, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid June of 2009.

/ / / /

/ / / /

/ / / /

1

Dated: May 5, 2009                    /s/Bess M. Brewer
                                      BESS M. BREWER
                                      Attorney at Law

                                      Attorney for Plaintiff


Dated: May 5, 2009                    Lawrence G. Brown

                                      Acting United States Attorney

                                      /s/ Jaime Preciado
                                      JAIME PRECIADO
                                      Special Assistant U.S. Attorney
                                      Social Security Administration

                                      Attorney for Defendant


## ORDER

APPROVED AND SO ORDERED.


 DATED:  May 6, 2009


                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE