1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUE XIONG** | Case No. CIV-08-2110 CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until Friday, August 21st.  This extension is required because plaintiff's counsel was out of the office sick and unable to complete plaintiff's brief.

/ / / /

/ / / /

/ / / /

1

Dated: August 18, 2009        /s/Bess M. Brewer
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: August 18, 2009        Lawrence G. Brown

                              Acting United States Attorney

                              /s/ Jaime Preciado
                              JAIME PRECIADO
                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant


## ORDER

APPROVED AND SO ORDERED.

DATED: August 19, 2009

                              _____
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

2