LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8985
   Facsimile:  (415) 744-0134
   E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HUE XIONG, ) | CIVIL NO. 2:08-CV-2110 CMK |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion.  The current due date is October 9, 2009.  The new due date will be November 9, 2009, as the thirtieth day, November 8, 2009, falls on a Sunday.  The Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: October 5, 2009           */s/ Bess M. Brewer*
                                          (As authorized via email)
                                          BESS M. BREWER
                                          Attorney for Plaintiff

Dated: October 6, 2009           LAWRENCE G. BROWN
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/ Brenda M. Pullin*
                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                          **ORDER**

APPROVED AND SO ORDERED.


DATED:  October 9, 2009

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE